**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HERMAN PAUL BELLA**                                          CIVIL ACTION

versus                                                         NO. 12-2323

**BURL CAIN**                                                  SECTION: "I" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Herman Bella, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Herman Paul Bella** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of March, 2015.

*[signature]*
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**